US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 1 1 2011

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

RECOVERY LOGISTIC, INC.                                        PLAINTIFF

v.                              Case No. CIV-2011-2086

PALLET LOGISTICS MANAGEMENT SERVICES, INC.
d/b/a PALLET LOGISTICS, INC.                               DEFENDANT

## APPLICATION FOR CONFIRMATION OF AWARD

**COMES NOW** the plaintiff, Recovery Logistics, Inc., ("RLI"), by and through it's

attorneys, Robertson, Beasley, Smith & Cowan, PLLC, and for its Application for

Confirmation of Award, states:

1.      In 2003, the parties entered into an agreement (the "Agreement"),

attached hereto as Exhibit "A", which contains an agreement to arbitrate at paragraph

10(iii) requiring that arbitration take place in Fort Smith, Arkansas.

2.      Subsequently, a dispute arose between the parties, which was arbitrated

pursuant to the Agreement, before the American Arbitration Association ("AAA").

3.      On April 21, 2011, the AAA entered an Award in favor of RLI in the

amount of $43,156.20 plus 10% per annum post judgment interest, a certified copy of

which is attached hereto as Exhibit "B".

4.      The plaintiff is entitled to a judgment confirming this Award pursuant to 9

U.S.C. §9.

WHEREFORE,  Plaintiff prays for judgement in the amount of $43,156.20, plus

10% interest per annum as of April 21, 2011, for its attorney's fees, costs, and for all

other proper relief.

Respectfully Submitted,

**ROBERTSON, BEASLEY,
    SMITH & COWAN, PLLC**
315 North Seventh Street
P.O. Drawer 848
Fort Smith, Arkansas 72902-0848
(479) 782-8813
ggs@rbsclaw.com

Gregory G. Smith
Arkansas Bar No. 78143