BEFORE THE AMERICAN ARBITRATION ASSOCIATION

RECOVERY LOGISTICS, INC.                                           CLAIMAINT

v.                          No. 71-125-E-00881-10

PALLET LOGISTICS MANAGEMENT SERVICES, INC.                         RESPONDENT
dba PALLET LOGISTICS, INC.

## AWARD

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into by the above-named parties and dated November 4, 2003, and having been duly sworn, and oral hearings having been waived in accordance with the Rules, and having fully reviewed and considered the written documents submitted to me, do hereby, AWARD, as follows:

The dispute centers on amounts due by respondent to claimant. Claimant has presented evidence to support a total claim of $37,985.65 due from respondent on open account. Respondent does not contest the amounts due. Accordingly, claimant is awarded the following amounts:

(1) The sum of $37,985.65; and

(2) The sum of $1,670.55 in pre-award interest at the rate of 6% per annum accruing from the due date of each invoice, as shown on claimant's exhibit B, to an including April 15, 2011; and

(3) Pursuant to Ark. Code Ann. § 16-22-308, claimant is awarded attorneys' fees in the amount of $3,500.00; and

EXHIBIT B

(4)     Post-award interest on $43,156.20 at the rate of 10% per annum, from April 16, 2011 until paid.

The administrative fees and expenses of the American Arbitration Association totaling $975.00 and the compensation and expenses of the arbitrator totaling $850.00 shall be borne as incurred.

This Award is in full settlement of all claims to this Arbitration. All claims not expressly granted herein are hereby, denied.

ENTERED April 21, 2011.

Charles L. Schlumberger