UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RECOVERY LOGISTIC, INC.                                                                                    PLAINTIFF

v.                                        Case No. 2:11-CV-02086

PALLET LOGISTICS MANAGEMENT
SERVICES, INC.                                                                                                  DEFENDANT

## ORDER

Currently before the Court are Plaintiff Recovery Logistic, Inc.'s ("RLI") Motion for Summary Judgment on Application for Confirmation of Award and Brief in Support (Doc. 4) and supporting documents (Docs. 5-6). Although notice of this action was served upon Defendant Pallet Logistics Management Services, Inc. ("Pallet") (Doc. 3), Pallet has neither entered an appearance nor filed any response in opposition to the Motion. Nor has Pallet filed any motion to vacate, amend, or correct the arbitrator's award. Upon consideration of all filings on the record, and in accordance with 9 U.S.C. § 9, the Court finds that the arbitrator's award should be confirmed and Plaintiff's Motion (Doc. 4) should, therefore, be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that the award of the arbitrator entered April 21, 2011 (Doc. 4-2) is CONFIRMED. RLI shall have and recover from Pallet judgment in the amount of $43,156.20 plus interest accruing at the rate of 10% per annum from April 16, 2011 until paid. The Court further awards to RLI, recoverable from Pallet, 10% of its attorneys' fees incurred in litigating this Application for Confirmation as well as $350 in costs. A judgment will be filed contemporaneously with this order.

IT IS SO ORDERED this 11th day of August 2011.

/s/P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE