UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RECOVERY LOGISTIC, INC.                                                                                           PLAINTIFF

v.                                     Case No. 2:11-CV-02086

PALLET LOGISTICS MANAGEMENT
SERVICES, INC.                                                                                                    DEFENDANT

## JUDGMENT

For the reasons set forth in the arbitrator's decision and award (Doc. 4-2) and the Court's order filed contemporaneously herewith confirming such award, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Recovery Logistic, Inc. shall have and recover from Defendant Pallet Logistics Management Services, Inc. judgment in the amount of $43,156.20 plus interest accruing at the rate of 10% per annum from April 16, 2011 until paid. The Court further awards to Plaintiff, recoverable from Defendant, 10% of Plaintiff's attorneys' fees incurred in litigating this Application for Confirmation as well as $350 in costs.

IT IS SO ORDERED this 11th day of August 2011.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE